# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-218-MOC

| | |
|---|---|
| SALAMA HORNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Consent Motion for Remand (#13). Having considered the motion and reviewed the pleadings, the Court finds that good cause has been alleged for remand and that further administrative proceedings.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Consent Motion for Remand (#13) is **GRANTED** and this matter is hereby **REMANDED** to Defendant for further administrative proceedings and development, all in accordance with Sentence Four of 42 U.S.C. § 405(g). **IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (#11) is denied without prejudice as **MOOT**. This action is otherwise **DISMISSED**.

Signed: November 6, 2019



Max O. Cogburn Jr.
United States District Judge